**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *Plaintiff*, v. U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *Defendant*. | Case No. 18-cv-2150 (ABJ) |

**NOTICE OF APPEARANCE**

Please take notice that Stephen M. Pezzi, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendant in the above-captioned matter.

Dated: September 21, 2018                        Respectfully submitted,

                                                              JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(e), I hereby certify that I am personally familiar with the Local Rules of this Court.

/s/   <u>Stephen M. Pezzi</u><br>
STEPHEN M. PEZZI (D.C. Bar No. 995500)