# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> *Defendant*. | Case No. 18-cv-2150 (ABJ) |

## JOINT STATUS REPORT

In accordance with the Court's September 28, 2018 Order, ECF No. 11, counsel for the parties, who have conferred, jointly notify the Court of the status of Defendant United States National Archives and Records Administration's ("NARA") efforts with respect to Phase I of the schedule agreed upon by the parties and adopted by the Court.

On or before October 3, 2018, NARA conducted a series of searches within the set of records that has already been reviewed by NARA and noticed for potential release, pursuant to 44 U.S.C. § 2208, in response to the Senate Judiciary Committee's pending Special Access Request (and numerous FOIA requests) for certain records relating to Judge Kavanaugh's time working in the White House.  On October 3, 2018, counsel for NARA informed counsel for EPIC how many records were located in response to each of the five agreed-upon searches.

Phase I of the schedule agreed upon by the parties and adopted by the Court is therefore complete, with the exception of NARA's obligation to make certain records available to EPIC "once the agency is legally permitted to do so under 44 U.S.C. § 2208." Sept. 28, 2018 Order at 2.

NARA is not yet legally permitted to release any of the records in question because of ongoing consultations, but counsel for NARA will inform counsel for EPIC when that changes.

The parties jointly and respectfully request that they be permitted to file another joint status report on or before October 12, 2018, informing the Court about (1) the status of the efforts outlined in Phase II of the schedule agreed upon by the parties and adopted by the Court, and (2) any significant updates with respect to Phase I.

Dated: October 4, 2018                              Respectfully submitted,

                                                    JOSEPH H. HUNT
                                                    Assistant Attorney General

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Director, Federal Programs Branch

                                                    /s/  *Stephen M. Pezzi*
                                                    STEPHEN M. PEZZI (D.C. Bar No. 995500)
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street NW, Room 11504
                                                    Washington, DC 20005
                                                    Phone: (202) 305-8576
                                                    Fax: (202) 616-8470
                                                    Email: stephen.pezzi@usdoj.gov

                                                    *Attorneys for Defendant*



                                                    MARC ROTENBERG, D.C. Bar # 422825
                                                    EPIC President and Executive Director

                                                    /s/ Alan Butler
                                                    ALAN BUTLER, D.C. Bar # 1012128
                                                    EPIC Senior Counsel
                                                    ELECTRONIC PRIVACY
                                                    INFORMATION CENTER
                                                    1718 Connecticut Avenue, N.W.
                                                    Suite 200
                                                    Washington, D.C. 20009
                                                    (202) 483-1140 (telephone)
                                                    (202) 483-1248 (facsimile)

                                                    *Attorneys for Plaintiff*