UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>*Defendant*. | Case No. 18-cv-2150 (ABJ) |

**JOINT STATUS REPORT**

In accordance with the Court's September 28, 2018 Order, ECF No. 11, and the Court's October 5, 2018 minute order, counsel for the parties, who have conferred, jointly notify the Court of the status of the parties' progress with respect to the schedule agreed upon by the parties and adopted by the Court.

On or before October 10, 2018, Defendant United States National Archives and Records Administration ("NARA") conducted a series of searches within the set of records that have *not* yet been reviewed by NARA and noticed for potential release, pursuant to 44 U.S.C. § 2208, in response to the Senate Judiciary Committee's Special Access Request for certain records relating to now-Justice Kavanaugh's time working in the White House.[1] On October 10, 2018, counsel for NARA informed counsel for Plaintiff Electronic Privacy Information Center ("EPIC") how many records were located in response to each of the five agreed-upon searches.

---

[1] That Special Access Request to NARA was withdrawn by the Senate Judiciary Committee on the evening of October 9, 2018.

Phases I and II of the schedule agreed upon by the parties and adopted by the Court are therefore now complete, with the exception of NARA's obligation to make certain records available to EPIC "once the agency is legally permitted to do so under 44 U.S.C. § 2208." Sept. 28, 2018 Order at 2. NARA is not yet legally permitted to release any of the records in question because of ongoing consultations, but counsel for NARA will inform counsel for EPIC when that changes.

Finally, with respect to Phase III of the schedule agreed upon by the parties and adopted by the Court, on the evening of October 10, 2018, EPIC proposed to NARA a series of additional searches of Justice Kavanaugh's email records, reflecting EPIC's priorities. EPIC also requested additional information about Justice Kavanaugh's paper records. As agreed upon by the parties and ordered by the Court, counsel for NARA will work in good faith with counsel for EPIC to reach agreement with respect to EPIC's latest proposals, and NARA will aspire to complete the requested searches on or before October 24, 2018, to the extent reasonable under the circumstances.

Accordingly, the parties jointly and respectfully request that they be permitted to file another joint status report on or before October 26, 2018, informing the Court about (1) any significant updates with respect to Phases I, II, or III; and (2) their joint proposal (or alternative proposals) with respect to a schedule for further proceedings in this litigation (if any).

Dated: October 12, 2018						Respectfully submitted,

									JOSEPH H. HUNT
									Assistant Attorney General

									ELIZABETH J. SHAPIRO
									Deputy Director, Federal Programs Branch

									/s/   *Stephen M. Pezzi*
									STEPHEN M. PEZZI (D.C. Bar No. 995500)
									Trial Attorney
									United States Department of Justice
									Civil Division, Federal Programs Branch
									1100 L Street NW, Room 11504
									Washington, DC 20005
									Phone: (202) 305-8576
									Fax: (202) 616-8470
									Email: stephen.pezzi@usdoj.gov

									*Attorneys for Defendant*


									MARC ROTENBERG, D.C. Bar # 422825
									EPIC President and Executive Director

									/s/ Alan Butler
									ALAN BUTLER, D.C. Bar # 1012128
									EPIC Senior Counsel
									ELECTRONIC PRIVACY
									INFORMATION CENTER
									1718 Connecticut Avenue, N.W.
									Suite 200
									Washington, D.C. 20009
									(202) 483-1140 (telephone)
									(202) 483-1248 (facsimile)

									*Attorneys for Plaintiff*