IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>*Defendant*. | Case No. 18-cv-2150 (ABJ) |

## JOINT STATUS REPORT

In accordance with the Court's September 28, 2018 Order, ECF No. 11, and the Court's October 12, 2018 minute order, counsel for the parties, who have conferred, jointly notify the Court of the status of the parties' progress with respect to the schedule agreed upon by the parties and adopted by the Court.

On or before October 24, 2018, Defendant United States National Archives and Records Administration ("NARA") conducted a series of searches for records created during now-Justice Kavanaugh's tenure at the White House that reflected Plaintiff Electronic Privacy Information Center's ("EPIC") remaining priorities.  On October 24, 2018, counsel for NARA informed counsel for EPIC how many records were located in response to each of the seven agreed-upon searches.

Phases I, II, and III of the schedule agreed upon by the parties and adopted by the Court are therefore now complete, with the exception of NARA's obligation to make certain records available to EPIC "once the agency is legally permitted to do so under 44 U.S.C. § 2208."  Sept.

28, 2018 Order at 2. NARA is not yet legally permitted to release any of the records in question because of ongoing consultations, but counsel for NARA will inform counsel for EPIC when that changes. Now that the Phase II and III searches are complete, the parties will confer and establish a processing schedule for responsive records subject to the FOIA and PRA.

Accordingly, the parties jointly and respectfully request that they be permitted to file another joint status report on or before November 30, 2018, informing the Court about their joint proposal (or alternative proposals) with respect to a schedule for further proceedings in this litigation (if any).

Dated: October 26, 2018                                     Respectfully submitted,

Marc Rotenberg, DC Bar # 422825                   JOSEPH H. HUNT
EPIC President and Executive Director             Assistant Attorney General

/s/ Alan Butler                                                    ELIZABETH J. SHAPIRO
Alan Butler, DC Bar # 1012128                         Deputy Director
EPIC Senior Counsel

                                                                          /s/ Michael H. Baer
ELECTRONIC PRIVACY                                   MICHAEL H. BAER
INFORMATION CENTER                                  Trial Attorney (New York Bar No. 5384300)
1718 Connecticut Avenue, N.W.                      U.S. Department of Justice,
Suite 200                                                          Civil Division, Federal Programs Branch
Washington, D.C. 20009                                  1100 L St. NW, Room 12306
Telephone: (202) 483-1140                             Washington, D.C. 20530
Facsimile: (202) 483-1248                              Telephone:     (202) 305-8573
E-mail: butler@epic.org                                  Facsimile:       (202) 616-8470
                                                                          E-mail:   Michael.H.Baer@usdoj.gov

*Attorneys for Plaintiff*

                                                                          *Attorneys for Defendants*