# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>*Defendant.* | Case No. 18-cv-2150 (ABJ) |

## JOINT STATUS REPORT

In accordance with the Court's September 28, 2018 Order, ECF No. 11, and the Court's October 30, 2018 minute order, counsel for the parties, who have conferred, jointly notify the Court of the status of this matter and offer their joint proposal regarding further proceedings.

As indicated in the parties' previous status report, Defendant United States National Archives and Records Administration ("NARA") has completed the three "phases" of searches, which are described in the Court's September 28 Order, for records relating to Brett M. Kavanaugh's tenure at the White House.  *See* Joint Status Report, ECF No. 16.  The parties have discussed a schedule for processing the remaining responsive records (subject to the Freedom of Information Act, 5 U.S.C. § 552, and the Presidential Records Act, 44 U.S.C. §§ 2201-09) identified through NARA's searches.  They jointly propose the following schedule:

**PHASE I** (consisting of 2,474 emails that were identified in the third search phase)

- On or before **December 13, 2018**, NARA will process 500 emails.

- On or before **January 20, 2019**, NARA will process an additional 750 emails.

1

- On or before **March 29, 2019**, NARA will process the remaining 1,224 Phase I emails.

**PHASE II** (consisting of the remaining 7,998 emails identified in the third search phase)

- Before NARA processes the 7,998 Phase II emails, the parties will discuss whether it is possible to narrow that universe of records.  Specifically, on or before **March 1, 2019**, the Electronic Privacy Information Center ("EPIC") will provide NARA with any proposals for narrowing the remaining Phase II records to be processed. On or before **March 8, 2019**, NARA will provide EPIC with a revised timeframe for processing any narrowed universe of records.  The parties will propose a revised processing schedule (if any) of the Phase II records by **March 15, 2019**.

- In the absence of any agreement, NARA will process the Phase II records at a rate of approximately 1,000 emails per month, with monthly notifications of the records NARA determines to make pubic, pursuant to 44 U.S.C. § 2208.  NARA will complete the processing of Phase II records on or before **December 6, 2019**.

**PHASE III** (consisting of certain textual records from Mr. Kavanaugh's tenure as White House Staff Secretary)

- On or before **December 6, 2019**, EPIC will provide NARA with a list of textual records (if any) to be processed.

- On or before **December 13, 2019**, NARA will inform EPIC how many pages are included in the textual records.

- The parties will propose a schedule for processing any of the textual records by **December 20, 2019**.

The parties jointly and respectfully request that the Court adopt the parties' agreed-upon schedule.

Dated: November 30, 2018

Respectfully submitted,

Marc Rotenberg, DC Bar # 422825
EPIC President and Executive Director

JOSEPH H. HUNT
Assistant Attorney General

/s/ Alan Butler
Alan Butler, DC Bar # 1012128
EPIC Senior Counsel

ELIZABETH J. SHAPIRO
Deputy Director

ELECTRONIC PRIVACY
INFORMATION CENTER

/s/ Michael H. Baer
MICHAEL H. BAER
Trial Attorney (New York Bar No. 5384300)
U.S. Department of Justice,

1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
Telephone: (202) 483-1140
Facsimile: (202) 483-1248
E-mail: butler@epic.org

*Attorneys for Plaintiff*

Civil Division, Federal Programs Branch
1100 L St. NW, Room 12306
Washington, D.C. 20530
Telephone:      (202) 305-8573
Facsimile:      (202) 616-8470
E-mail:    Michael.H.Baer@usdoj.gov

*Attorneys for Defendant*