ELECTRONIC PRIVACY
INFORMATION CENTER,

*Plaintiff*,

v.

U.S. NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

*Defendant*.

Case No. 18-cv-2150 (ABJ)

## JOINT STATUS REPORT

In accordance with the Court's January 31, 2019, Minute Order and the Court's December 10, 2018, Order, ECF No. 19, counsel for the parties jointly and respectfully provide the following status report summarizing the agency's progress in processing records in response to EPIC's Freedom of Information Act request and proposing a schedule for further proceedings.

1. As indicated in the parties' previous status report, Defendant United States National Archives and Records Administration ("NARA") has identified and has been processing records responsive to EPIC's request for certain records from Brett M. Kavanaugh's tenure at the White House. *See* Joint Status Report, ECF No. 22. On February 14, 2019, NARA issued a notification letter pursuant to the Presidential Records Act that provided notice to the White House and to former President George W. Bush that NARA intends to release certain records responsive to EPIC's request, absent the invocation by the current President or former President of a constitutionally based privilege. *See* Ex. 1. Counsel for NARA informed EPIC the next day that

the agency was "ahead of schedule, and has completed all processing obligations with respect to Phase I of the schedule reflected in the Court's order at ECF No. 19."

2.      The parties have also been discussing whether there is a way to narrow the universe of records to be processed during Phase II of the schedule reflected in the Court's December 10, 2018, Order, ECF No. 19. Although those discussions are ongoing, the parties have now reached a partial agreement on an updated schedule for the processing of e-mail records to/from/cc/bcc Brett M. Kavanaugh that contain the terms "National Security Agency" or "surveillance":

- On or before **April 30, 2019**, NARA will process all "Phase II" emails, as agreed upon by the parties, containing the term "National Security Agency."

- The parties will meet and confer to discuss a further revised schedule for the processing of the remaining Phase II emails, and will submit any revised scheduling proposal to the Court no later than **May 7, 2019**.

- In the absence of any revised schedule, NARA will process the remaining Phase II emails at a rate of 1,000 per month, starting on **May 7, 2019**.

3.      The parties also agree that the "Phase III" schedule for the processing of textual records described in the Court's December 10, 2018, Order, ECF No. 19, shall remain in effect.

The parties jointly and respectfully request that the Court adopt the parties' agreed-upon schedule.

Dated: March 29, 2019

Respectfully submitted,

Marc Rotenberg, DC Bar # 422825
EPIC President and Executive Director

/s/ Alan Butler
Alan Butler, DC Bar # 1012128
EPIC Senior Counsel

ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
Telephone: (202) 483-1140
Facsimile: (202) 483-1248
E-mail: butler@epic.org


*Attorneys for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendant*